**RIMAC & MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
JOSHUA G. HEAVISIDE - State Bar No. 225715
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Plaintiff
RORY G. CUIELLETTE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY G. CUIELLETTE,<br><br>  Plaintiff,<br><br>  vs.<br><br>CALIFORNIA LAW ENFORCEMENT ASSOCIATION; CALIFORNIA ADMINISTRATION INSURANCE SERVICES, INC; AND, THE CALIFORNIA LAW ENFORCEMENT ASSOCIATION LONG TERM DISABILITY PLAN<br><br>  Defendants. | **CASE NO. 2:06-cv-1137 RRB KJM**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between plaintiff RORY G. CUIELLETTE and defendants herein, CALIFORNIA LAW ENFORCEMENT ASSOCIATION; CALIFORNIA ADMINISTRATION INSURANCE SERVICES, INC; and THE CALIFORNIA LAW ENFORCEMENT ASSOCIATION LONG TERM DISABILITY PLAN, through their designated counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

Each party shall bear its own costs and attorneys' fees in this action.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is

available for inspection or production if so ordered.

**SO STIPULATED.**

RIMAC & MARTIN, P.C.

DATED: January 22, 2008   By:   **/s/ Joshua G. Heaviside**
ANNA M. MARTIN
JOSHUA G. HEAVISIDE
Attorneys for Plaintiff
RORY G. CUIELLETTE


WEINTRAUB GENSHLEA CHEDIAK SPROUL

DATED: January 17, 2008   By:   **/s/ W. Scott Cameron**
LOUIS A. GONZALEZ
W. SCOTT CAMERON
Attorneys for Defendants
CALIFORNIA LAW ENFORCEMENT ASSOCIATION; CALIFORNIA ADMINISTRATION INSURANCE SERVICES, INC; AND, THE CALIFORNIA LAW ENFORCEMENT ASSOCIATION LONG TERM DISABILITY PLAN

**ORDER OF DISMISSAL**

Premised upon the Stipulation of the parties who have appeared in this lawsuit, it is hereby ordered that Plaintiff Rory G. Cuiellette's complaint in its entirety be, and is hereby, dismissed with prejudice, with all sides to bear their own fees and costs.

Dated: January 22, 2008        /s/ Ralph R. Beistline
                               UNITED STATES DISTRICT JUDGE

-2-

**STIPULATION AND ORDER
FOR DISMISSAL WITH PREJUDICE**                    **CASE NO. 2:06-cv-01137 RRB (KJM)**